September 21, 2017



# JUDGMENT

## The Fourteenth Court of Appeals

EDWARD BUJNOCH, JUDY BUJNOCH, JOSE C. AGUILLON, AS NEXT FRIEND OF TINLEY BUJNOCH AGUILLON, A MINOR CHILD AND MONICA JANSSEN, AS DEPENDENT ADMINISTRATRIX OF THE ESTATE OF AMANDA LAUREN BUJNOCH, DECEASED, Appellants

NO. 14-16-00286-CV                    V.

NATIONAL OILWELL VARCO, L.P., Appellee

_____

This cause, an appeal from the summary judgment in favor of appellee, National Oilwell Varco, L.P., signed December 18, 2015, and made final by the judgment signed March 11, 2016, was heard on the transcript of the record. We have inspected the record and find the trial court erred by granting summary judgment to National Oilwell Varco, L.P., on Appellants' claim for negligence. We therefore order that the portion of the judgment that granted summary judgment on Appellants' claim for negligence is **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order appellee, National Oilwell Varco, L.P., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.